ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (SBN 230807)
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-0115
    Email: Gavin.Greene@usdoj.gov

JS-6

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| Dahlia M. Jimenez,<br><br>    Plaintiff,<br><br>vs.<br><br>United States of America,<br><br>    Defendant.<br><br>United States of America,<br><br>    Counterclaimant,<br><br>vs.<br><br>Dahlia M. Jimenez,<br><br>    Counterclaim-Defendant. | Case No. CV10-02587 DDP (JEMx)<br><br>Judgment against Plaintiff and Counterclaim-Defendant Dahlia Jimenez<br><br>Hearing before Judge Pregerson:<br><br>Date:     December 19, 2011<br>Time:    10:00 a.m.<br>Address: United States Courthouse<br>            Courtroom 3<br>            312 N. Spring Street<br>            Los Angeles, CA, 90012 |

    The Motion for Summary Judgment filed by the United States of America (Defendant and Counterclaimant) and against Dahlia M. Jimenez (Plaintiff and Counterclaim-Defendant), came on for hearing before the Court on December 19, 2011.  Based on the papers filed in this case, the arguments advanced at the hearing, and all other matters properly made part of the record:

1 **IT IS ORDERED** that judgment is entered against Dahlia M. Jimenez for all
2 relief requested in her Complaint for Refund and Abatement of Tax.
3 **IT IS FURTHER ORDERED** judgment is entered in favor of the United States
4 of America for its Counterclaim against Dahlia M. Jimenez, and that Dahlia M.
5 Jimenez is indebted to the United States of America in the amount of
6 $8,536,961.74 as of September 30, 2011, plus all subsequent statutory accruals as
7 allowed by law, including interest pursuant to 28 U.S.C. § 1961(c)(1) and 26 U.S.C.
8 §§ 6601 and 6621.
9 **IT IS FURTHER ORDERED** that Dahlia Jimenez, Gretta Bernabe, and
10 Emmanuel Bernabe are jointly and severally liable for the trust fund recovery
11 penalty related to Pleasant Care for the periods ending September 30, 2006,
12 December 31, 2006, and March 31, 2007.
13 ///
14 ///
15 ///

**IT IS FURTHER ORDERED** that this Judgment resolves all issues in this case in favor of the United States.

**IT IS SO ORDERED.**

Dated: December 20, 2011

_____
DEAN D. PREGERSON
United States District Judge

Respectfully submitted,
ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


GAVIN L. GREENE
Assistant United States Attorney
Attorneys for United States of America

3